**CERES MARINE TERMINALS, INCORPORATED,**
Petitioner,

and

**Arthur Carpenter, Claimant,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,** United States Department of Labor, Respondent.

No. 02–1906.

United States Court of Appeals,
Fourth Circuit.

Submitted March 4, 2003.

Decided March 12, 2003.

Robert A. Rapaport, Dana Adler Rosen, Clarke, Dolph, Rapaport, Hardy & Hull, P.L.C., Norfolk, Virginia, for Petitioner. Eugene Scalia, Acting Solicitor of Labor, John F. Depenbrock, Associate Solicitor for Employee Benefits, Burke Wong, Whitney R. Given, United States Department of Labor, Washington, D.C., for Respondent.

Before WIDENER, WILKINSON and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Ceres Marine Terminals seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of special fund relief under § 8(f) of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 908(f) (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence. *See Ceres Marine Terminals, Inc. v. DOWCP,* No. 01–841 (BRB July 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

The petition for review is accordingly.

*DENIED.*